UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Thomas Cooper,

        Plaintiff,

v.

City of Black River Falls,
Brad Chown,
Ronald E. Danielson and
Kelly Bakken.

        Defendants.

NOTICE OF APPEAL

Case No. 18-cv-288

Notice is hereby given that Thomas Cooper, Plaintiff, in the above-named matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order entered on September 19, 2019, and the Judgment entered on September 23, 2019, in favor of Defendants, City of Black River Falls, Brad Chown, Ronald E. Danielson and Kelly Bakken, and against Thomas Cooper, granting Defendants' Motion for Summary Judgment and dismissal.

Dated: 10/17/19

BAKKE NORMAN, S.C.

By: _____
Peter M. Reinhardt
Attorney No. 1025187
2919 Schneider Avenue SE, P.O. Box 280
Menomonie, WI 54751-0280
(715) 235-9016
preinhardt@bakkenorman.com

Attorneys for Thomas Cooper

1